SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 FEB 22 PM 5: 10

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY T. FENN, JR.,<br><br>Defendant. | 8:17CR 57<br><br>INDICTMENT<br>18 U.S.C. § 2251(a)<br>18 U.S.C. §§ 2251(d)(1)(A) and (e)<br>18 U.S.C. § 1470 |

The Grand Jury charges that

## COUNT I

On or about the month of February, 2016, in the District of Nebraska and elsewhere, JEFFREY T. FENN, JR., the defendant herein did, and attempted to, knowingly employ, use, persuade, induce, entice and coerce B.H., a twelve-year-old female having a date of birth of January 27, 2004, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate or foreign commerce and knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce and using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT II

On or about the month of February, 2016, in the District of Nebraska, JEFFREY T. FENN, JR., the defendant, did knowingly make, print, and publish, and cause to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, produce, display, and distribute, any visual depiction, the production of which visual depiction

1

involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct; and participation in any act of sexually explicit conduct by and with any minor for the purpose of producing a visual depiction of such conduct; knowing and having reason to know that such notice or advertisement would be transported using any means or facility or interstate or foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (e).

### COUNT III

On or about the 14th day of February, 2016, in the District of Nebraska and elsewhere, the defendant, JEFFREY T. FENN, JR., did, by means of interstate commerce, knowingly transfer obscene matter to another individual who had not attained the age of 16 years knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

A TRUE BILL.

FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

2

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney