IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 NOV -3   PM 2: 25

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR57 |
| vs. | INFORMATION |
| JEFFREY T. FENN, JR., | 18 U.S.C. § 2252A(a)(2) |
| Defendant. | |

The United States Attorney charges:

## COUNT I

On or about the month of February, 2016, in the District of Nebraska and elsewhere, JEFFREY T. FENN, JR., the defendant herein, did knowingly attempt to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and any material that contains child pornography that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

UNITED STATES OF AMERICA,
Plaintiff

ROBERT C. STUART
Acting United States Attorney
District of Nebraska

By: _____

MICHAEL P. NORRIS
Assistant U.S. Attorney

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney