AO245B(Rev 02/16) Judgment in a Criminal Case | Judgment Page 2 of 9

DEFENDANT: JEFFREY T. FENN JR.
CASE NUMBER: 8:17CR57-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ninety-six (96) months.**

☒ The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be incarcerated in a federal facility as close as possible to Omaha, Nebraska.
2. Defendant should be given credit for time served.
3. That the defendant be allowed to participate in a Sex Offender Treatment Program.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ before 2 p.m. on March 15, 2018.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on __3/15/18__ to __FMC RCH__

at _____, with a certified copy of this judgment.

David Paul, Warden
~~UNITED STATES MARSHAL~~

BY: H. Hacek, CSO
~~DEPUTY UNITED STATES MARSHAL~~